UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA CLOWER, | No. CIV-S-04-0042 MCE/PAN |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO; RON SMITH; and DOES I through XX, Inclusive, | |
| Defendants. | |

Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 19, 2005.

///
///
///
///
///
///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.
5 DATED: September 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE